**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL UNITED STATES COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

ROSEANN B. MACKECHNIE
CLERK

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the twenty-eighth day of July of two thousand four.

---

Atkinson

v.

Simms

---

U.S. COURT OF APPEALS
DOCKET NUMBER: 02-160

FILED JUL 28 2004

U.S. DIST.CT.:CTDC(nhct)
Dist.Ct.#: 00-cv-167
Dist.Ct Judge: Margolis

A scheduling order in accordance with the Civil Appeals Management Plan of this court having been entered therein, requiring the record on appeal, the appellant's brief and joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

Upon consideration of the appeal herein it is

**ORDERED** that the appeal be, and it hereby is dismissed.

ROSEANN B. MACKECHNIE, Clerk

By: Frank Perez
Deputy Clerk, USCA

**PLEASE REFER TO THIS COURT'S
DOCKET NUMBER IN ALL MATTERS**

schdflt_frm
sch/dflt/f

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _____
DEPUTY CLERK

Certified: JUL 28 2004